# United States District Court

E-FILED
Thursday, 07 June, 2007 01:38:32 PM
Clerk, U.S. District Court, ILCD

____CENTRAL____ DISTRICT OF ____ILLINOIS____

2007 MAY 29 A 9:31

FILED
JUN - 7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
vs.

RICHARD HOFFMAN

**WARRANT FOR ARREST**

CASE NO. 07-6041

TO:   THE UNITED STATES MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest ____RICHARD HOFFMAN____, and bring him
                                              Name

forthwith to the nearest magistrate to answer a complaint charging him with obstruction of a federal criminal

investigation by intimidation and threats,

in violation of Title ____18____ United States Code, Section(s) __1512__

____JOHN A. GORMAN____                           ____United States Magistrate Judge____
Name of Issuing Officer                           Title of Issuing Officer

s/ John A. Gorman

____[signature]____                              ____5-25-07____   at Peoria, Illinois
Signature of Issuing Officer                      Date and Location

Bail fixed at $ __no bond__   by __John A. Gorman, United States Magistrate Judge__
                                         Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _Peoria_

| Date Received 05/29/07 | Name of Arresting Officer Paul Larsen | Signature of Arresting Officer [signature] |
|---|---|---|
| Date of Arrest 05/25/07 | Title of Arresting Officer DEA | |

**SCANNED**
DATE: 6/7/7  BY: H