UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 07-10062 |
| ) | |
| RICHARD HOFFMAN, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR HEARING TO DETERMINE DEFENDANT'S MENTAL COMPETENCY

COMES NOW the defendant, Richard Hoffman, by and through his attorneys, L. LEE SMITH of HINSHAW & CULBERTSON LLP, and pursuant to 18 USC §4241, moves this court for a hearing to determine the mental competency of the defendant. In support of this motion, the undersigned counsel for the defendant states as follows:

1. Undersigned counsel has been appointed to represent the defendant pursuant to the Criminal Justice Act, 18 USC §3006A.

2. On June 6, 2007, the undersigned counsel attempted to meet with the defendant at the Peoria County Jail, where the defendant is incarcerated as a result of the court's detention order.

3. While at the jail, the undersigned counsel was informed by a jailer that the defendant refused to meet with the undersigned counsel, that he was acting bizarrely, and that he had removed all his clothing. It was further suggested by the jailer to the undersigned that the defendant was in need of psychotropic medication.

4. The defendant had previously met with the undersigned and conducted himself in a normal and rational manner.

5. Because of the defendant's behavior, it is impossible to provide him with adequate legal representation.

6. Based upon the defendant's apparent conduct at the Peoria County Jail, there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mental incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

WHEREFORE, the defendant moves that this court conduct a hearing to determine the mental competency of the defendant, and if necessary order that a psychiatric or psychological examination be conducted and that a psychiatric or psychological report be filed with the court pursuant to the provisions of 18 USC §4247(b) and (c).

Respectfully submitted,

/s/ L. Lee Smith
L. Lee Smith
Attorneys for Defendant
PEKIN MEMORIAL HOSPITAL, a not-for-profit corporation, a/k/a Pekin Hospital
HINSHAW & CULBERTSON LLP
416 Main Street, Suite 600
Peoria, IL 61602
Telephone: 309-674-1025
Facsimile: 309-674-9328
lsmith@hinshawlaw.com

80241798v1 NEWFILE

**CERTIFICATE OF SERVICE**

    I hereby certify that on **(June 7, 2007)**, I electronically filed this **(Motion for Hearing to Determine Defendant's Mental Competency)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

K Tate Chambers
US Attorney
211 Fulton Street, Suite 400
Peoria, IL 61603


And I hereby certify that on **(date)**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:


  s/L. Lee Smith
Attorneys for Defendant
L. Lee Smith
HINSHAW & CULBERTSON LLP
416 Main St., Suite 600
Peoria, IL  61602
(309) 674-1025

80241798v1 NEWFILE