

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Correctional Center*

---

Office of the Warden

71 W. Van Buren Street
Chicago, IL 60605

August 8, 2007

The Honorable Judge John A. Gorman
United States District Court Magistrate Judge
Central District of Illinois
211 U.S. Courthouse
100 N. E. Monroe St.
Peoria, IL 61602

RE: Hoffman, Richard
    Docket No.: 07-6041
    Reg. No.: 41387-050

Dear Judge Gorman:

This is in response to your court order dated June 18, 2007, which committed Mr. Hoffman to an examination and evaluation pursuant to Title 18, United States Code, Sections 4241 and 4242. Mr. Hoffman was designated to the Metropolitan Correctional Center (MCC) Chicago, Illinois, on June 21, 2007, and arrived on June 27, 2007.

The statute allows our psychology staff 45 days to complete the testing and examination. Our clinical psychologist requests a 30-day extension as permitted by the statute in order to complete the testing and examination necessary to develop a history, diagnosis, and opinion regarding both the 4241 and 4242 questions. The time period for the evaluation commenced upon arrival to MCC Chicago. It is anticipated that the evaluation will be completed by September 10, 2007. Three copies of the report will be submitted to the court within three weeks of completion of the evaluation. You can expect to receive the report by October 1, 2007, should you grant our request for extension.

If you should have any questions regarding this request, please contact Dr. John Pindelski at (312) 322-0567, Ext. 1469. For any other questions, please contact me at (312) 322-0567, Ext. 1500.

Sincerely,

Eric Wilson
Warden