# United States District Court

E-FILED
Thursday, 07 June, 2007 01:50:32 PM
Clerk, U.S. District Court, ILCD

RECEIVED
2007 MAY 10 IL...

FILED
JUN - 7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CENTRAL DISTRICT OF ILLINOIS

## WARRANT FOR ARREST

UNITED STATES OF AMERICA
vs.

RICHARD HOFFMAN

CASE NO. 07-6035
07-10062

TO: THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest __RICHARD HOFFMAN__, and bring him
                                              Name

forthwith to the nearest magistrate to answer a complaint charging him with conspiracy to distribute than 500 grams of

a mixture and substance containing methamphetamine, a Schedule I controlled substance,

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1) and 841(b)(1)(A)__

| MICHAEL M. MIHM | United States District Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

s/MICHAEL M. MIHM                                          at Peoria, Illinois
Signature of Issuing Officer                                Date and Location

Bail fixed at $ __no bond__ by __Michael M. Mihm, United States District Judge__
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at __Bordentown N.J.__

| Date Received 05/10/07 | Name of Arresting Officer DEA N.J. | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 05/08/07 | Title of Arresting Officer S/A's | [signature] |