UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 07-10062 |
| RICHARD HOFFMAN, ) | |
| Defendant. ) | |

### STIPULATED ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION

This matter having come before the Court upon motion of the defendant to determine his mental competency to stand trial in the above-styled matter.

THE COURT ORDERS pursuant to 18 U.S.C. §§4241(d), 4242 and 4247(b) and (c) that the defendant be placed in the custody of the Attorney General and transferred to a suitable facility for such a reasonable period of time, not to exceed 45 days, for purposes of a psychiatric or psychological examination to determine: (a) whether he is suffering from a mental disease or defect to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and (b) whether he was able to appreciate the nature and quality or wrongfulness of his acts at the time of the offense charged.

THE COURT RECOMMENDS that the psychiatric and/or psychological examination be conducted at a facility which will allow for medical personnel to address the defendant's physical ailments.

DATED: _____

_____
JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE

Approved:

| | |
|---|---|
| s/K. Tate Chambers | s/L. Lee Smith |
| K. TATE CHAMBERS | L. LEE SMITH |
| Assistant United States Attorney | Hinshaw & Culbertson LLP |
| Counsel for Plaintiff | Counsel for Defendant |