E-FILED
Wednesday, 20 June, 2007 10:55:23 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

FILED
JUN 19 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 07-10062 |
| RICHARD HOFFMAN, ) | VIO: 21 U.S.C. §§846, 841(a)(1), 841(b)(1)(A); 18 U.S.C. § 1512(b)(1) |
| Defendant. ) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1
(Conspiracy)

1. Beginning in or about 2006, and continuing to in or about 2007, in McDonough County, within the Central District of Illinois, and elsewhere,

**RICHARD HOFFMAN,**

the defendant herein, did knowingly conspire, confederate, and agree with other persons whose names are known and with persons whose names are unknown to the Grand Jury, to commit certain acts in violation of the laws of the United States, to wit: to knowingly distribute a mixture and substance containing methamphetamine, a Schedule I controlled substance, in violation of Title 21, United States Code, §§841(a)(1) and 841(b)(1)(A).

2. It was part of the conspiracy that the defendant would at various times

1

distribute a mixture and substance containing methamphetamine.

3. This conspiracy involved more than five-hundred (500) grams of a mixture and substance containing methamphetamine.

## Overt Acts

4. In furtherance of the conspiracy and to accomplish its objectives of distributing a mixture and substance containing methamphetamine, the defendant and both persons known and persons unknown to the grand jury did commit overt acts, including but not limited to the following:

   A. During the period of the conspiracy, various persons possessed a mixture and substance containing methamphetamine;

   B. During the period of the conspiracy, various persons would distribute a mixture and substance containing methamphetamine to locations inside and outside of the Central District of Illinois;

   C. The conspiracy involved more than five-hundred (500) grams of a mixture and substance containing methamphetamine.

All in violation of Title 21, United States Code §§846 and 841(b)(1)(A).

## COUNT 2

In or about May 2007, in McDonough County, within the Central District of Illinois,

**RICHARD HOFFMAN,**

the defendant herein, did knowingly attempt to obstruct and impede a federal criminal

investigation, by knowingly using intimidation and threats to persuade or attempt to persuade another person to influence delay or prevent the testimony of another person in a criminal investigation in the Central District of Illinois.

In violation of Title 18, United States Code, §1512(b)(1).

A True Bill,
s/ Foreperson

s/ Assistant U.S. Attorney

Foreperson

FOR **RODGER A. HEATON**
UNITED STATES ATTORNEY
KTC/ksr

3