E-FILED
Tuesday, 04 September, 2007  01:33:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
SEP 0 4 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) No. 07 10062 |
| | ) |
| RICHARD HOFFMAN, | ) |

### PETITION FOR SUBSTITUTION OF ATTORNEY'S

NOW COMES the Defendant, RICHARD HOFFMAN, by and through his attorney, MARC M. BARNETT, and request this Honorable Court grant his Petition for Substitution of Attorney's, and in support thereof, states as follows:

1. That the Defendant is currently being represented by Lee Smith, 416 Main Street, Suite 600, Peoria, Illinois 61602.

2. The Defendant requested that I represent him in the above case of U.S. vs. RICHARD HOFFMAN, Case No. 07 10062

3. That the Defendant requests that Lee Smith be allowed to withdraw his Appearance as the attorney of record for the Defendant and allow Attorney Marc M. Barnett to enter his Appearance as attorney of record for the Defendant in the instant cause.

WHEREFORE, the Defendant, RICHARD HOFFMAN, prays this Honorable Court grant his Petition for Substitution of Attorneys, and allow LEE SMITH to withdraw and allow Attorney MARC M. BARNETT to enter his appearance of record for the Defendant in the instant cause.

Respectfully Submitted,

/s/ Marc M. Barnett
MARC M. BARNETT
Attorney for Defendant

/s/ Lee Smith
LEE SMITH
Attorney for Defendant

MARC M. BARNETT
Attorney for Defendant
53 West Jackson Blvd.
Suite 1442
Chicago, IL 60604
(708) 385-4394

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | No.  07 10062 |
| ) | |
| RICHARD HOFFMAN, ) | |

SUBSTITUTION OF ATTORNEY'S

I, LEE SMITH, hereby withdraw my appearance as attorney for Richard Hoffman, in the above entitled cause.

_____
LEE SMITH

I, MARC M. BARNETT, hereby enter my appearance as attorney for Richard Hoffman, in the above titled cause.

_____
MARC M. BARNETT

MARC M. BARNETT
Attorney for Richard Hoffman
53 West Jackson Blvd.
Suite 1442
Chicago, IL 60604
(708) 385-4394