UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff, )<br>  )<br>  v. )<br>  )<br> RICHARD HOFFMAN, )<br>  )<br>    Defendant. ) | 07-10062 |

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**

Defendant, RICHARD HOFFMAN, by his attorney Marc Barnett, respectfully moves to continue change of plea hearing. In support thereof, defendant states as follows:

1.  Change of plea hearing in this matter was set for January 3, 2008.

2.  Counsel was notified that this hearing was rescheduled to January 17, 2008.

3.  Due to prior commitments, counsel will not be able to attend the hearing on January 17, 2008. Counsel will be available after January 30, 2008.

4.  Counsel has conferred with Assistant United States Attorney Bradley Murphy, who indicated that he has no objection to continuing the change of plea date.

WHEREFORE, the Defendant prays that this Honorable Court enter an order:

1.  Setting the change of plea date after January 30, 2008;

2.  Such other relief as this Court deems just.

> Respectfully submitted,
> RICHARD HOFFMAN
>
>
> By: s/Marc Barnett
> Marc Barnett.

1

CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that in accordance with Fed. R. Grim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF)

UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA

was served pursuant to the District Court's ECF system as to ECF filers, if any, and was sent by first-class -mail on January 3, 2008, to the following:
    none

Marc Barnett
Attorney for Defendant
53West Jackson Street, Suite 1442
Chicago, Illinois 60602
(708) 385-4394