E-FILED
Thursday, 21 February, 2008  09:28:19 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

Case No. 07-10062-01

Richard Hoffman

### ACCEPTANCE OF PLEA OF GUILTY,
### ADJUDICATION OF GUILT, AND
### NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count (1)  is hereby accepted and Defendant is adjudged guilty of such offense.

The Court will defer a decision on the Plea Agreement pending review of the Pre-Sentence Investigation and Report.

Sentencing is hereby scheduled for Friday, 5/9/2008 at 11:00 a.m.

Dated: *2/20/2008*

s/ Joe B. McDade

_____

Joe Billy McDade
UNITED STATES DISTRICT JUDGE

Copies to:
Assistant U.S. Attorney
Counsel for Defendant
Defendant
U.S. Marshal
U.S. Probation